No. 900. CVELICH, ADMINISTRATRIX, *v.* ERIE RAILROAD Co. May 22, 1939. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied for

the want of a final judgment. *Mr. Alex Simpson* for petitioner. *Mr. Edward A. Markley* for respondent.